IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JORGE L. NIEBLA,**
        **Plaintiff,**

**vs.**                                    **Case No. 3:05cv477/LAC/MD**

**M. HALL, ASST. WARDEN OF PROGRAMS,**
        **Defendant.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On January 1, 2006 plaintiff filed a notice of voluntary dismissal of this civil rights action (doc. 4). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED that this case be dismissed without prejudice and the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of January, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**