**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JORGE L. NIEBLA,**
     **Plaintiff,**

**vs.**                                      **3:05cv477/LAC/MD**

**M. HALL, ASST. WARDEN OF PROGRAMS,**
     **Defendant.**
_____

## O R D E R

     Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 10, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     This case is dismissed without prejudice and the clerk is directed to close the file.

     DONE AND ORDERED this 10th day of February, 2006.


                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**